NOT FOR PUBLICATION

**FILED**

UNITED STATES COURT OF APPEALS

MAY 29 2026

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| ROBERT LEE HALE, | No. 25-4146 |
| Plaintiff - Appellant, | D.C. No. 2:24-cv-02091-DDP-PD |
| v. | |
| SANDRA STILLWATER, Attorney, individual and official capacity; KENNETH VONHELMOLT, District Attorney, individual and official capacity; ERIC CROSSON, Police Detective, individual and official capacity, | MEMORANDUM* |
| Defendants - Appellees. | |

Appeal from the United States District Court
for the Central District of California
Dean D. Pregerson, District Judge, Presiding

Submitted May 26, 2026**

Before: S.R. THOMAS, MILLER, and H.A. THOMAS, Circuit Judges.

Robert Lee Hale appeals pro se from the district court's judgment dismissing

---

\* This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

\*\* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

his 42 U.S.C. § 1983 action alleging violations of his Fifth, Sixth, and Fourteenth Amendment rights. We have jurisdiction under 28 U.S.C. § 1291. We review de novo. *Watison v. Carter*, 668 F.3d 1108, 1112 (9th Cir. 2012) (dismissal under 28 U.S.C. § 1915(e)(2)); *Cholla Ready Mix, Inc. v. Civish*, 382 F.3d 969, 973 (9th Cir. 2004) (dismissal on the basis of the applicable statute of limitations). We affirm.

The district court properly dismissed Hale's action as time-barred because Hale failed to file this action within the applicable statute of limitations. *See* Cal. Civ. Proc. Code § 335.1 (setting forth two-year statute of limitations for personal injury claims); *Jones v. Blanas*, 393 F.3d 918, 927 (9th Cir. 2004) (explaining that § 1983 claims are governed by the forum state's statute of limitations for personal injury claims).

All pending motions are denied.

**AFFIRMED.**